AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT  **COPY**

SOUTHERN  District of  TEXAS

3

Juan M. Garcia
V.
Matt's Cash & Carry
Building Materials, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B 01-070

United States District Court
Southern District of Texas
FILED

MAY 16 2001

Michael N. Milby
Clerk of Court

TO: (Name and address of Defendant)

**Matt's Cash & Carry Building Materials, Inc.
by and through its registered agent for service:
Ira Matt, 411 East Polk, P.O. Box 868
Pharr, Texas 78577**

   **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Carlos E. Hernandez, Jr.
The Garcia Law Firm, P.C.
201 North First Street
Harlingen, Texas 78550
Telephone: (956) 412-7055
Facsimile: (956) 412-7105**

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

3

May 2, 2001

CLERK _(signature)_       DATE

(By) DEPUTY CLERK

ClibPDF - www.fastio.com



# AUTHORIZED OFFICER'S RETURN

CASE #: B-01-070                                                    COURT

Came to hand on the __9__ day of __May_____, 2001 at __1:54__ o'clock __p__.M.

Documents received for service:

**FEDERAL SUMMONS IN A CIVIL CASE**

Executed on the __9__ day of __May_____, 2001 at __4:10__ o'clock __p__.M.

Executed at __401 E Highway 83 Pharr TX 78577__

_____ within the County of __Hidalgo__ by delivering

to: **Matt's Cash & Carry Building Materials, Inc.**
    **Reg. Agent: Ira Matt**

a true copy of the documents listed above having first endorsed on the date of delivery

in the following manner:

__✓__ by delivering to the above in person.

**SUBSTITUTE SERVICE CAN ONLY BE MADE AFTER A COURT ORDER IS OBTAINED FROM THE JUDGE.**

_____ (Substitute Service) per T.R.C.P Rule 106 Order by delivering to:_____
       _____ in person over the age of sixteen then residing therein, to wit:
_____ by posting; by securely affixing to the main door at the above address, per
       T.R.C.P. Rule 106 Order.

## DUE DILIGENCE ATTEMPTS

| Date | Time | Reason For Non Service |
|---|---|---|
| __/__/__ | __:__ am/pm | _____ |
| __/__/__ | __:__ am/pm | _____ |
| __/__/__ | __:__ am/pm | _____ |
| __/__/__ | __:__ AM/PM | _____ |

I, am over the age of eighteen, not a party to nor interested in the outcome of the above numbered suit and authorized to serve citations and other notices in my State.

*Gilbert Cantu*

Service Fee $_____

Printed Name: __Gilbert Cantu__
Authorized Person / Constable / Sheriff
OR#/ID#_____

STATE OF _____ }

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office on this the __9__ day of __May__ 2001.



CYNTHIA C. CANTU
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
APRIL 13, 2005

NOTARY PUBLIC SIGNATURE