5

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN M. GARCIA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-01-070 |
| MATT'S CASH & CARRY BUILDING | § | |
| MATERIALS, INC. | § | |
| Defendant | § | JURY TRIAL DEMANDED |

## DEFENDANT MATT'S CASH & CARRY BUIDLING MATERIALS, INC.'S LIST OF ENTITIES WITH FINANCIAL INTEREST IN THIS CASE

To the best of Defendant's knowledge, the only entities with a financial interest in this case are the following:

Matt's Cash & Carry Building Materials, Inc.

Juan M. Garcia

Pacific Insurance Company

The corporate defendant is not a publicly traded corporation. Defendant would further incorporate the entities that may be named by other parties in their respective lists of entities with financial interest.

Raymond A. Cowley
State Bar I.D. No. 04932400
Federal ID No. 8642
4900 A-2 N. 10th St.
McAllen, Texas 78504
Telephone: (956) 686-1287
Telefax : (956) 686-6197

ATTORNEY FOR DEFENDANT

OF COUNSEL:

**RODRIGUEZ, COLVIN & CHANEY LLP**

## CERTIFICATE OF SERVICE

I, Raymond A. Cowley, hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record, by certified mail, return receipt requested on the ___11___ day of ___June___, 2001.

Mr. Carlos Hernandez, Jr.
The Garcia Law Firm, P.C.
201 North First Street
Harlingen, Texas 78550

_____
Raymond A. Cowley