6

United States District Court
Southern District of Texas
FILED

JUN 2 5 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN M. GARCIA, <br> Plaintiff | § § § | CIVIL ACTION NO. |
| vs. | § § | B-01-070 |
| MATT'S CASH & CARRY BUILDING MATERIALS, INC., <br> Defendant | § § § | (JURY REQUESTED) |

## PLAINTIFF'S LIST OF ENTITIES WITH FINANCIAL INTEREST

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Juan M. Garcia, Plaintiff in the above styled and numbered cause of action, and files this his List of Entities with Financial Interest. In support thereof, Plaintiff would respectfully show unto the Court as follows:

I.

To the best of Plaintiff Juan M. Garcia's knowledge, the only entities with a financial interest in this case are the following:

1. Plaintiff Juan M. Garcia

2. Defendant Matt's Cash & Carry Building Materials, Inc.



3. Pacific Insurance Company

II.

Further, to the best of Plaintiff's knowledge, Defendant is not a publicly traded corporation. Plaintiff would further incorporate the entities that may be named by other parties in their respective lists of entities with financial interest.

Signed June 21, 2001.

Respectfully submitted,

THE GARCIA LAW FIRM, P.C.
201 North First Street
Harlingen, Texas 78550
Telephone (956) 412-7055
Facsimile (956) 412-7105

By: _____
Carlos E. Hernandez, Jr.
State Bar No. 00787681
Federal Bar No. 17022

Attorney-in-Charge for
Plaintiff Juan M. Garcia

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, Plaintiff's List of Entities with Financial Interest, has been served on all counsel of record, to wit:

*Via Facsimile (956) 686-6197*
Mr. Raymond A. Cowley
Rodriguez, Colvin & Chaney, L.L.P.
4900 N. 10th St., Bldg. A-2
McAllen, TX 78504

by depositing same in the care and custody of the United States Postal Service, by regular mail, unless otherwise specifically specified herein, on June 21, 2001.

_____
Carlos E. Hernandez, Jr.

-2-

ClibPDF - www.fastio.com