8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| Juan M. Garcia,<br>    Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-01-070 |
| Matt's Cash & Carry Building Materials, Inc., | § § § | |
|     Defendants. | § § | |

## ORDER

BE IT REMEMBERED that on September 14, 2001, the Court **ORDERED** the Parties to resubmit their Joint Discovery / Case Management Plan in compliance with Court Chamber Rule 7(A)(1) no later than 4:00 p.m. on Friday, September 14, 2001. Specifically, the Court **ORDERED** that the parties describe in more detail the facts of the case.

DONE at Brownsville, Texas, this 14th day of September 2001.

Hilda G. Tagle
United States District Judge