#11

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN M. GARCIA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-01-070 |
| MATT'S CASH & CARRY BUILDING | § | |
| MATERIALS, INC. | § | |
|     Defendant | § | JURY TRIAL DEMANDED |

## ORDER

This case is transferred to United States Magistrate Judge ___Felix___ ___Recio___ to conduct all further proceedings, including final judgment.

_____
Judge Presiding

___September 17, 2001___
Date

xc: Mr. Raymond Cowley
    Rodriguez, Colvin & Chaney
    4900 A-2 North Tenth Street
    McAllen, Texas 78504

    Mr. Carlos Hernandez, Jr.
    The Garcia Law Firm, P.C.
    201 North First Street
    Harlingen, Texas 78550