# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| JUAN M. GARCIA | * |
| VS | *    C.A. NO. B01-070 <br> (636(c)) |
| MATT'S CASH & CARRY BUILDING MATERIALS, INC. | * |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE

An initial pretrial conference hearing in above-captioned and numbered cause of action is hereby scheduled for **October 15, 2001, at 2:00 p.m.**

DONE at Brownsville, Texas, this **3rd** day of **October 2001**.

_____
Felix Recio
United States Magistrate Judge
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX 78520
956/548-2701