13

Felix Recio, Judge Presiding
SOUTHERN DISTRICT of Texas, Brownsville Division

United States District Court
Southern District of Texas
FILED

OCT 15 2001

Date:      Oct 15, 2001, 2:00 pm

Michael N. Milby, Clerk of Court

---

C.A. NO. B-01-070 (636(c))

---

JUAN M. GARCIA                         *       Carlos Hernandez, Jr.
      vs                               *
MATT'S CASH & CARRY BUILDING           *       Raymond A Cowley
MATERIALS, INC.

---

INITIAL PRETRIAL CONFERENCE

Conference held with attorneys Hernandez and Cowley.

The parties agreed to the docket dates. A Scheduling Order signed, filed, and copies given counsel.