_14_

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

JUAN M. GARCIA                                §

     VS                                       §      CIVIL ACTION NO. B-01-070

MATT'S CASH & CARRY BUILDING          §
MATERIALS, INC.

United States District Court
Southern District of Texas
~~Filed~~ Entered

## SCHEDULING ORDER

OCT 15 2001

Michael N. Milby, Clerk of Court

By: _____  ☐ Bench   ☑ Jury

1.   Trial: Estimated time to try: __3__ days.

2.   New parties must be joined by:                                    November 30, 2001
     *Furnish a copy of this scheduling order to new parties.*

3.   The plaintiff(s)' experts will be named with a report furnished by: February 1, 2002

4.   The defendant(s)' experts must be named with a report furnished
     by:                                                               February 15, 2002

5.   Discovery must be completed by:                                   March 15, 2002
     *Counsel may agree to continue discovery beyond the deadline, but there will be
     no intervention by the Court. No continuances will be granted because of
     information acquired in post-deadline discovery.*

*********************   The court will provide these dates.   *************************

6.   Dispositive Motions will be filed by:                            April 15, 2002

7.   Joint pretrial order is due:                                     May 15, 2002

     *The plaintiff(s) is responsible for filing the pretrial order on time.*

8.   Docket Call and final pretrial conference before Judge Recio
     is set for 2:00 p.m. on:                                         May 30, 2002
     *The case will remain on standby until tried.*

9.   The jury trial selection set before Judge Recio at 9:00 a.m. on:  June 3, 2002

10.  The case will remain on standby until tried.

     Signed __October 15, 2001__, at Brownsville, Texas.

                                        _____
                                              Felix Recio
                                        United States Magistrate Judge