*17*

United States District Court
Southern District of Texas
FILED

FEB 1 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN M. GARCIA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-01-070 |
| MATT'S CASH & CARRY BUILDING | § | |
| MATERIALS, INC. | § | |
| Defendant | § | (JURY REQUESTED) |

## DEFENDANT'S CERTIFICATE OF DESIGNATION OF EXPERTS AND SUBMISSION OF REPORTS

COMES NOW MATT'S CASH & CARRY BUILDING MATERIALS, INC., Defendant, and files this its Certificate of Designation of Experts and Submission of Reports evidencing service upon counsel for Plaintiff the following:

1. Defendant Matt's Cash & Carry Building Materials, Inc. Designation of Experts and Submission of Reports.

Respectfully submitted,

Raymond A. Cowley
State Bar I.D. No. 04932400
Federal I.D. No. 8642

4900 A-2 N. 10th St.
McAllen, Texas 78504
Telephone: (956) 686-1287
Telefax : (956) 686-6197

OF COUNSEL:

**RODRIGUEZ, COLVIN & CHANEY LLP**

## **CERTIFICATE OF SERVICE**

I, Raymond A. Cowley, hereby certify that a true and correct copy of the above and foregoing document was forwarded on this the 13 day of February, 2002, upon the following counsel of record and interested parties:

Mr. Carlos Hernandez, Jr.
The Garcia Law Firm, P.C.
201 North First Street
Harlingen, Texas 78550

Raymond A. Cowley