18

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

MAR 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN M. GARCIA,<br>        Plaintiff | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | B-01-070 |
| MATT'S CASH & CARRY BUILDING | § | |
| MATERIALS, INC., and JACK MORAN, | § | |
| individually | § | (JURY REQUESTED) |
|         Defendant | § | |

---

### UNOPPOSED MOTION FOR CONTINUANCE OF
### FILING JOINT PRE-TRIAL ORDER AND PRE-TRIAL CONFERENCE

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW **Plaintiff, JUAN M. GARCIA** in the above-entitled and numbered cause, and pursuant to F.R.C.P. 16(b)(2) and 16(b)(5), files this his Unopposed Motion for Extension of Time to Complete Discovery and Motion to Reschedule Date for Filing Joint Pre-Trial Order and Pre-Trial Conference and in support thereof would respectfully show the Court as follows:

I.

This case was filed on May 3, 2001.

Final Pre-Trial is currently scheduled for May 30, 2002 at 2:00 p.m.

II.

The parties have diligently been conducting discovery. Interrogatories and Request for Production have been exchanged by the parties. Counsel for Plaintiff would show that this is the first Motion for Continuance filed in this matter.

III

Recently the wife of Plaintiff's counsel suffered a death in her immediate family and she is currently nine months pregnant with an expected due date between March 26 and April 7, 2002. As a result of stress surrounding the death in her immediate family the wife of Plaintiff's counsel has been diagnosed with gestational diabetes, anemia and depression. As a result of this situation Plaintiff's counsel asks for a 90 day continuance of this matter to complete discovery and asks for a reset of all dates. Defense counsel is unopposed to this request.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, **JUAN M. GARCIA** prays that this Honorable Court grant his Unopposed Motion for Continuance of Discovery Deadline, the deadline for the Joint Pre-Trial Order and of the Pre-Trial Conference.

Respectfully submitted,

**THE GARCIA LAW FIRM. P.C.**
210 North 1st St.
Harlingen, Texas 78550
Telephone (956) 412-8200
Facsimile (956) 412-8282

By: _Carlos E. Hernandez, Jr._
   Carlos E. Hernandez, Jr.
   Texas Bar No. 00787681
   Federal ID.# 17022
   Attorneys-in-Charge for Plaintiff Juan M. Garcia

## CERTIFICATE OF CONFERENCE

This is to certify that all attorneys of record have conferred regarding the substance of this Motion.  Attorney for  Defendants has no objection to the entry of said Order.

Carlos E. Hernandez, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on this the _15_ day of March, 2202,  a true and correct copy of the forgoing document was forwarded via U.S. Regular Mail and/or Facsimile to counsel of record as hereinbelow noted:

*Via Facsimile (956) 686-6197 and*
*CMRRR 7001 2510 0004 4061 4311*

Mr. Raymond A. Cowley
Rodriguez, Colvin & Chaney, L.L.P.
4900 N. 10th St., Bldg. A-2
McAllen, TX 78504

Carlos E. Hernandez

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN M. GARCIA,<br>　　　　　Plaintiff | §<br>§ | CIVIL ACTION NO. |
| vs. | §<br>§ | B-01-070 |
| MATT'S CASH & CARRY BUILDING<br>MATERIALS, INC., and JACK MORAN,<br>individually<br>　　　　　Defendant | §<br>§<br>§<br>§ | (JURY REQUESTED) |

## ORDER GRANTING CONTINUANCE OF DISCOVERY DEADLINE, FILING JOINT PRE-TRIAL ORDER AND PRE-TRIAL CONFERENCE

On this day the Court considered the Unopposed Motion for Continuance of Discovery, the filing of the Joint Pre-Trial Order and the Pre-Trial Conference and after considering the motion and arguments of counsel, the Court believes that the Motion should be GRANTED. It is therefore

**ORDERED, ADJUDGED AND DECREED** that the following deadlines should govern this case.

_____  The deadline for Discovery

_____  A JOINT PRETRIAL ORDER shall be filed by this date by counsel in the format prescribed in Appendix B of the Local Rules of the Southern District of Texas.

_____    A PRETRIAL CONFERENCE is set on this date at 2:00 p.m., before Judge Recio in the United States District Court for the Southern District of Texas, Brownsville Division

_____
United States Magistrate Judge Presiding

Copies to:
Carlos E. Hernandez210 North 1st St. Harlingen, Texas 78550
Mr. Raymond A. Cowley, 4900 N. 10th St., Bldg. A-2 McAllen, TX 78504