UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN M. GARCIA, | § | |
| Plaintiff | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | B-01-070 |
| MATT'S CASH & CARRY BUILDING | § | (636(c)) |
| MATERIALS, INC., and JACK MORAN, | § | |
| individually | § | (JURY REQUESTED) |
| Defendant | § | |

United States District Court
Southern District of Texas
ENTERED
MAR 21 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER GRANTING CONTINUANCE OF DISCOVERY DEADLINE, FILING JOINT PRE-TRIAL ORDER AND PRE-TRIAL CONFERENCE

On this day the Court considered the Unopposed Motion for Continuance of Discovery, the filing of the Joint Pre-Trial Order and the Pre-Trial Conference and after considering the motion and arguments of counsel, the Court believes that the Motion should be GRANTED. It is therefore

**ORDERED, ADJUDGED AND DECREED** that the following deadlines should govern this case.

| | |
|---|---|
| June 17, 2002 | The deadline for Discovery |
| July 17, 2002 | The deadline for filing of dispositive motions |
| August 16, 2002 | A JOINT PRETRIAL ORDER shall be filed by this date by counsel in the format prescribed in Appendix B of the Local Rules of the Southern District of Texas. |

#18

| | |
|---|---|
| September 5, 2002 | A PRETRIAL CONFERENCE is set on this date at 2:00 p.m., before Judge Recio in the United States District Court for the Southern District of Texas, Brownsville Division |
| September 6, 2002 | JURY SELECTION is set on this date at 9:00 a.m., before Judge Recio in the United States District Court for the Southern District of Texas, Brownsville Division. |

_____
United States Magistrate Judge Presiding

MARCH 19, 2002

Copies to:
Carlos E. Hernandez 210 North 1st St. Harlingen, Texas 78550
Mr. Raymond A. Cowley, 4900 N. 10th St., Bldg. A-2 McAllen, TX 78504