

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN M. GARCIA, | § | |
| Plaintiff | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | B-01-070 |
| MATT'S CASH & CARRY BUILDING | § | |
| MATERIALS, INC., and JACK MORAN, | § | |
| individually | § | (JURY REQUESTED) |
| Defendant | § | |

### PLAINTIFF'S UNOPPOSED MOTION FOR MEDIATION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW JUAN GARCIA,** Plaintiff, and respectfully moves the Court to refer this dispute to nonbinding mediation pursuant to Section 154.001, et seq., Tex. Civ. Prac. and Rem. Code and in support thereof would show:

I.

Section 154.002, Tex. Civ. Prac. and Rem. Code provides in pertinent part that "it is the policy of this state to encourage the peaceable resolution of disputes, with special consideration given to ... the early settlement pending litigation through voluntary settlement procedures."

II.

This is a wrongful termination case arising out of a breach of  sub-chapter." 29 U.S.C. §2615(a)(1) of the Family Medical Leave Act." This case is currently set for Jury selection on September 6, 2002.

III.

Plaintiff would respectfully show that mediation should be used to attempt the resolution of this cause. Since mediation is a nonbinding confidential process, the parties have nothing to lose and all to gain in attempting a resolution of this matter using mediation. The cost of mediation should be divided equally and taxed as costs of Court.

IV.

Plaintiff respectfully requests that the Court refer this matter to the Honorable Leo Salzman, 3206 Banyan Circle, Harlingen, Texas 78520.

V.

This Court has the authority to order mediation pursuant to the provisions of Chapter 154, Tex. Civ. Prac. and Rem. Code.

**WHEREFORE,** Plaintiff prays that the Court grant this Motion for Mediation and enter an appropriate Order of referral.

Respectfully submitted,

THE GARCIA LAW FIRM, P.C.

BY: _____
Carlos E. Hernandez, Jr.
State Bar No. 00787681 / Fed No. 172022
201 N. First Street
Harlingen, Texas 78550
Tel: 956/412-7055
Fax: 956/412-7105
Attorneys for Plaintiff, Juan Garcia

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document has been forwarded to opposing counsel, to-wit:

**_Via Facsimile (956) 686-6197 and CMRRR_**
**_7001 2510 0004 4061 4120_**

Mr. Raymond A. Cowley
Rodriguez, Colvin & Chaney, L.L.P.
4900 N. 10th St., Bldg. A-2
McAllen, TX 78504

by placing same in the United States mail, postage prepaid, certified mail/return receipt requested, on this _13th_ day of _May_, 2002.

_____
CARLOS E. HERNANDEZ, JR.

## CERTIFICATE OF CONFERENCE

This is to certify that all attorneys of record have conferred regarding the substance of this Motion. Attorney for Defendant has no objection to the entry of this Order.

_____
CARLOS E. HERNANDEZ, JR.