22

United States District Court
Southern District of Texas
FILED

MAY 1 7 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN M. GARCIA,<br>    Plaintiff<br>vs.<br><br>MATT'S CASH & CARRY BUILDING<br>MATERIALS, INC., and JACK MORAN,<br>individually<br>    Defendant | § § § § § § § § | CIVIL ACTION NO.<br><br>B-01-070<br><br>(JURY REQUESTED) |

### ORDER REFERRING CASE TO MEDIATION

**BE IT KNOWN** that on this 17th day of May, 2002, came to be heard Plaintiff's Motion for Mediation and it appearing to the Court that the same is well taken, it is accordingly,

**ORDERED** that the case is referred for mediation before the Honorable Leo Salzman, 3206 Banyan Circle, Harlingen, Texas 78520.

**IT IS FURTHER ORDERED** that this mediation take place at a time and date mutually agreed upon by the parties, but no later than June 28, 2002.

**IT IS FURTHER ORDERED** that fees for the mediation are to be divided and borne equally by the parties unless agreed otherwise. Such fees shall be paid directly to the mediator within 10 days of billing and shall be taxed as costs. Each party and counsel will be bound by the rules for mediation and shall complete any information forms furnished by the mediator.

Named parties shall be present during the entire mediation process and each corporate party or insurance company may be represented by an attorney or representative with authority to negotiate a settlement. Counsel and parties shall proceed in a good faith effort to try to resolve this case and all parties shall appear as directed by the mediator.

**SIGNED** this 17th day of May, 2002.

_____
UNITED STATES MAGISTRATE JUDGE
JUDGE PRESIDING