United States District Court
Southern District of Texas
FILED

JUN 17 2002

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN M. GARCIA, | § | |
| Plaintiff | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | B-01-070 |
| MATT'S CASH & CARRY BUILDING | § | |
| MATERIALS, INC., and JACK MORAN, | § | |
| individually | § | (JURY REQUESTED) |
| Defendant | § | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JUAN M. GARCIA, Plaintiff, in the above-styled cause and files this his Designation of Experts.

Plaintiff reserves the right to supplement his response to this request, pursuant to the Federal Rules. Further, Plaintiff reserves the right to call any expert witness named by any party to this lawsuit. At this time, Plaintiff designates the following:

Carlos E. Hernandez
The Garcia Law Firm, P. C.
201 N. 1st Street
Harlingen, TX 78550
956/412-7055
Mr. Hernandez will testify as to the reasonableness and necessity of attorneys fees.

By reference, Plaintiff incorporates all experts designated by all parties to this litigation, past, present or future even though Defendant may not agree with all the opinions expressed, and reserves the right to call such witness either live or by way of deposition. Plaintiff further reserves the right to call un-designated rebuttal witnesses, whose

testimony cannot reasonably be foreseen until presentation of the evidence or deposition of witnesses produced by other parties, including Defendants, to this litigation. Plaintiff reserves the right to call as adverse parties, potentially adverse parties and/or witnesses associated with adverse parties, all parties to this litigation and all experts designated by any party to this litigation, even if the designating party is not a party to this litigation at time of trial. In the event a present or future party designates an expert, but then is dismissed for any reason from the suit or fails to call any designated expert, Plaintiff reserves the right to designate and/or call any such party or any such experts previously designated by such party.

Respectfully submitted,

THE GARCIA LAW FIRM, P.C.
201 North First Street
Harlingen, Texas 78550
Telephone (956) 412-7055
Facsimile (956) 412-7105

By: _____
Carlos E. Hernandez, Jr.
State Bar No. 00787681
Federal Bar No. 17022

Attorney-in-Charge for
Plaintiff Juan M. Garcia

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, has been served on all counsel of record, to wit:

**_Via Facsimile (956) 686-6197 and CMRRR_**
**_7002 0510 0004 3951 2685_**

Mr. Raymond A. Cowley
Rodriguez, Colvin & Chaney, L.L.P.
4900 N. 10th St., Bldg. A-2
McAllen, TX 78504

by depositing same in the care and custody of the United States Postal Service, by regular mail, unless otherwise specifically specified herein, on June 14, 2002.

_____
Carlos E. Hernandez, Jr.