UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN M. GARCIA, | § | |
| Plaintiff | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | B-01-070 |
| MATT'S CASH & CARRY BUILDING | § | (636(c)) |
| MATERIALS, INC., and JACK MORAN, | § | |
| individually | § | (JURY REQUESTED) |
| Defendant | § | |

ORDER GRANTING LEAVE TO FILE SECOND AMENDED
ORIGINAL COMPLAINT

On this 12th day of August, 2002, came on for consideration, Plaintiff, JUAN M. GARCIA'S Motion for Leave to File Second Amended Original Complaint in the above entitled and numbered cause of action, and the Court having read the motion and heard the arguments of counsel is of the opinion that said Motion is good and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Plaintiff, JUAN M. GARCIA'S Motion for Leave to file his Second Amended Original Complaint is hereby granted and the Clerk of the Court is hereby Ordered to file Plaintiff, JUAN M. GARCIA'S Second Amended Original Complaint against Defendants, MATT'S CASH & CARRY BUILDING MATERIALS, INC., AND JACK MORAN, Individually.

SIGNED FOR ENTRY this 12th day of August, 2002.

_____
Judge Presiding