29

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN M. GARCIA,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-01-070<br>(636(c)) |
| MATT'S CASH & CARRY BUILDING<br>MATERIALS, INC.<br>Defendant | §<br>§<br>§ | JURY TRIAL DEMANDED |

### ORDER ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

On  August 12, 2002, the Court considered the Motion for Partial Summary Judgment filed in this cause by Defendant. The Court, having considered the Motion for Partial Summary Judgment, the admissible summary judgment evidence and arguments and authorities presented, finds that the Motion should be granted. IT IS, THEREFORE,

ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Partial Summary Judgment is hereby DENIED. ~~GRANTED, and judgment is hereby entered that the Plaintiff take nothing on his claim of intentional infliction of emotional distress.~~

Any and all relief not specifically granted herein is denied.

DONE this 12th day of August, 2002 at Brownsville, Texas.

_____
Magistrate Judge Presiding

xc: Mr. Raymond A. Cowley
Rodriguez, Colvin & Chaney, LLP
4900 North 10th, Bldg. A-2
McAllen, Texas 78504

Mr. Carlos Hernandez, Jr.
The Garcia Law Firm, P.C.
201 North First Street
Harlingen, Texas 78550

11

#24