30

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ADR MEMORANDUM TO CLERK OF COURT
(To Be Submitted in duplicate if cases settles before
ADR or within 10 days after completion of ADR)

United States District Court
Southern District of Texas
FILED

AUG 1 9 2002

Michael N. Milby
Clerk of Court

JUAN M. GARCIA

VS.

MATT'S CASH & CARRY BUILDING
MATERIALS, INC., and JACK
MORAN, Individually

Division Brownsville
(JURY REQUESTED)
Civil Action No. B-01-070

**ADR METHOD:**   Mediation    X      Arbitration    _____
                 Mini – trail _____   Summary Jury Trial _____

**TYPE OF CASE:** _____

1. Please check one of the following:
   The case referred to ADR settled __X__     or did not settle _____.
   *This case settled after Mediation*

2. My total fee and expenses were: $ 475.00 per party (2 parties) _____.
   (if you had no fee and expenses, please indicate if the case settled before
   ADR, OR if the ADR processing was conducted on a no-fee basis pursuant
   to order of the court or agreement of the parties.)

   _____
   _____

3. Please list names, address and telephone numbers of all parties and all counsel
   of record:

Mr. Carlos E. Hernandez, Jr.
GARCIA LAW FIRM, P.C.
201 North 1st Street
Harlingen, TX 78550

FACSIMILE: 956/412-7105
PHONE: 956/ (956) 412-7055

Mr. Raymond A. Cowley
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
4900 A2 N. 10th Street
McAllen, TX 78504

FACSIMILE: 956/686-6197
PHONE: 956/ 686-1287

Date: August 15, 2002

ADR PROVIDER
Name: Leo C. Salzman

Signature: *Leo C. Salzman*

SDTX-ADR.5