IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN M. GARCIA, § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. B-01-070 |
| MATT'S CASH & CARRY BUILDING § | |
| MATERIALS, INC. § | |
| Defendant § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

COMES NOW **JUAN M. GARCIA**, Plaintiff in the above-entitled and numbered cause, and moves this Court to dismiss this cause with prejudice to his right to refile same or any part thereof, for the reason that any and all claims and controversies have been fully and finally compromised and settled between the parties.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully moves this Court to dismiss with prejudice any and all claims asserted in the above-entitled cause, with prejudice to his right to refile same or any part thereof, with costs of suit taxed against each party incurring same.

Respectfully submitted,

**THE GARCIA LAW FIRM, P.C.**

201 North 1st
Harlingen, Texas 78550
Telephone: 956/412-7055
Telefax : 956/412-7105

_____
CARLOS E. HERNANDEZ, JR.
State Bar No. 00787681

ATTORNEY FOR PLAINTIFF

-1-

AGREED TO BY:

**RODRIGUEZ, COLVIN & CHANEY, LLP**
4900A -2 North Tenth Street
McAllen, Texas 78504
Telephone: (956) 686-1287
Telefax #: (956) 686-6197

*[signature]* with permission
Raymond A. Cowley
State Bar No. 04932400

ATTORNEYS FOR DEFENDANT

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by **certified mail, return receipt requested,** to the following counsel of record on this the 21st day of August, 2002.

Raymond A. Cowley
RODRIGUEZ, COLVIN & CHANEY, LLP
4900 N. 10th Street, Bldg. A-2
McAllen, Texas 78504

_____
CARLOS E. HERNANDEZ, JR.