IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN M. GARCIA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-01-070 |
| MATT'S CASH & CARRY BUILDING | § | (636(c)) |
| MATERIALS, INC. | § | |
| Defendant | § | |

## ORDER OF DISMISSAL

CAME ON to be considered the *Agreed Motion To Dismiss With Prejudice*, filed by Plaintiff in the above-entitled and numbered cause. The Court, having considered the *Agreed Motion* finds that the *Agreed Motion* should be granted. IT IS THEREFORE

ORDERED, ADJUDGED AND DECREED that all claims asserted in the above-entitled and numbered cause are dismissed with prejudice to the right of Plaintiff to refile same or any part thereof. All court costs are taxed against the party incurring same.

DONE this __22nd__ day of _____August_____, 2002, at ~~McAllen~~ Brownsville, Texas.

JUDGE PRESIDING

xc: Mr. Raymond A. Cowley
Rodriguez, Colvin & Chaney, LLP
4900 A2 North 10th
McAllen, Texas 78504

Mr. Carlos E. Hernandez, Jr.
The Garcia Law Firm, P.C.
201 N. 1st
Harlingen, Texas 78550